UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLINK HEALTH LTD., | Case No. 18-cv-2258 (PKC) |
| Plaintiff, | |
| -against- | NOTICE OF APPEARANCE |
| HIPPO TECHNOLOGIES LLC f/k/a EVERYMED LLC, | |
| Defendant. | |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Steven M. Kayman, a member of the firm of Proskauer Rose LLP, as counsel for defendant Hippo Technologies LLC.

I hereby certify that I am an attorney admitted to practice in this Court.

Dated:   New York, New York
         March 30, 2018

                                            PROSKAUER ROSE LLP

                                            By:   _/s/ Steven M. Kayman_
                                                  Steven M. Kayman
                                            Eleven Times Square
                                            New York, New York 10036
                                            (212) 969-3430
                                            skayman@proskauer.com

1