UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

BLINK HEALTH LTD.,                                         Case No. 18-cv-2258 (PKC)

                Plaintiff,

                                                         NOTICE OF APPEARANCE

    -against-

HIPPO TECHNOLOGIES LLC f/k/a
EVERYMED LLC,

                Defendant.
_____

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Tiffany M. Woo, associated with the firm of Proskauer Rose LLP, as counsel for defendant Hippo Technologies LLC.

I hereby certify that I am an attorney admitted to practice in this Court.

Dated:       New York, New York
              March 30, 2018

                                                       PROSKAUER ROSE LLP

                                                       By:   */s/ Tiffany M. Woo*
                                                              Tiffany M. Woo
                                                     Eleven Times Square
                                                   New York, New York 10036
                                                   (212) 969-3223
                                                   twoo@proskauer.com