UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

BLINK HEALTH LTD.,                                   Case No. 18-cv-2258 (PKC)

                          Plaintiff,

                                                     NOTICE OF APPEARANCE

              -against-

HIPPO TECHNOLOGIES LLC f/k/a
EVERYMED LLC,

                          Defendant.

_____

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Steven B. Feigenbaum, a member of the firm of Levi

Lubarsky Feigenbaum & Weiss LLP, as counsel for defendant Hippo Technologies LLC.

I hereby certify that I am an attorney admitted to practice in this Court.

Dated:        New York, New York
              March 30, 2018

                                        LEVI LUBARSKY FEIGENBAUM &
                                             WEISS LLP

                                        By:    /s/ Steven B. Feigenbaum
                                               Steven B. Feigenbaum
                                        655 Third Avenue, 27th Floor
                                        New York, New York 10017
                                        (212) 308-6100
                                        sfeigenbaum@llfwlaw.com

1