UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| BLINK HEALTH LTD., | Case No. 18-cv-2258 (PKC) |
| Plaintiff, | |
| -against- | RULE 7.1 DISCLOSURE STATEMENT |
| HIPPO TECHNOLOGIES LLC f/k/a EVERYMED LLC, | |
| Defendant. | |

_____

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Hippo Technologies LLC ("Hippo") certifies that (a) Hippo has no parent corporation, and (b) no publicly held corporation owns 10% or more of Hippo's stock.

Dated:   New York, New York
         March 30, 2018

                                        PROSKAUER ROSE LLP

                                        By:   */s/ Steven M. Kayman*
                                              Steven M. Kayman
                                        Eleven Times Square
                                        New York, New York 10036
                                        (212) 969-3430
                                        skayman@proskauer.com