UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BLINK HEALTH LTD.,            Case No. 18-cv-2258 (PKC)

           Plaintiff,

           <u>NOTICE OF APPEARANCE</u>

-against-

HIPPO TECHNOLOGIES LLC f/k/a
EVERYMED LLC,

           Defendant.

---

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Gregory P. Feit, associated with the firm of Levi Lubarsky Feigenbaum & Weiss LLP, as counsel for defendant Hippo Technologies LLC.

I hereby certify that I am an attorney admitted to practice in this Court.

Dated:     New York, New York
             March 30, 2018

          LEVI LUBARSKY FEIGENBAUM &
            WEISS LLP

By:     <u>*/s/ Gregory P. Feit*</u>
       Gregory P. Feit
655 Third Avenue, 27th Floor
New York, New York 10017
(212) 308-6100
gfeit@llfwlaw.com