**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Orin Snyder
Direct: +1 212.351.2400
Fax: +1 212.351.6335
OSnyder@gibsondunn.com

April 4, 2018

VIA ECF

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *Blink Health Ltd. v. Hippo Technologies LLC,* Case No. 18 CV 2258 (PKC)

Dear Judge Castel:

We represent Plaintiff Blink Health Ltd. ("Blink") in the above-captioned action.  In accordance with Rule 4.A.iv of Your Honor's Individual Practices, Blink was prepared to submit a response to the March 30, 2018 letter filed by Defendant Hippo Technologies LLC ("Hippo") (Dkt. 16) on or before April 5, 2018.  However, in light of the Court's order issued on April 3, 2018 (Dkt. 18), which states that Hippo may file its motion to compel arbitration, Blink instead intends to respond in due course once Hippo files its motion, pursuant to SDNY Local Rule 6.1 and Rule 4.C of Your Honor's Individual Practices.  The preliminary conference in this case is scheduled for May 14, 2018 (Dkt. 8).

Respectfully submitted,

  *s/ Orin Snyder*

Orin Snyder

cc:  All Counsel of Record (via ECF)

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.