UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

BLINK HEALTH LTD.,

                      Plaintiff,                       Case No. 18 CV 2258 (PKC)

     -against-

HIPPO TECHNOLOGIES LLC f/k/a
EVERYMED LLC,

                    Defendant.
_____

      PLEASE TAKE NOTICE that, upon the accompanying declaration of Steven B. Feigenbaum dated April 6, 2018, and the exhibits annexed thereto, upon the accompanying memorandum of law dated April 6, 2018, and upon all other pleadings and proceedings in this action, defendant Hippo Technologies LLC ("Hippo") will move this Court, as soon as counsel may be heard, before the Honorable P. Kevin Castel, at the United States Courthouse, Courtroom 11D, 500 Pearl Street, New York, New York 10007, for an order pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1-16, (i) compelling arbitration of all claims in the complaint brought by plaintiff Blink Health Ltd. ("Blink"), (ii) staying this case pending the outcome of a related American Arbitration Association arbitration brought by claimants Hippo, Charles Jacoby and Eugene Kakaulin against respondent Blink, and (iii) granting such other and further relief as the Court deems just and proper.

      PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1(b) and Rule 4.C of this Court's Individual Practices, opposing affidavits and answering memoranda, if any, shall be served within fourteen days after service of this notice (by ECF), and reply affidavits

and memoranda of law, if any, shall be served within seven days after service of the answering papers (by ECF).

Dated:     New York, New York
           April 6, 2018

                                                 PROSKAUER ROSE LLP

By: /s/ Steven M. Kayman
      Steven M. Kayman
      Tiffany M. Woo
Eleven Times Square
New York, New York 10036
(212) 960-3000
skayman@proskauer.com
twoo@proskauer.com

LEVI LUBARSKY FEIGENBAUM & WEISS LLP
Steven B. Feigenbaum
Gregory P. Feit
655 Third Avenue, 27th Floor
New York, New York 10017
(212) 308-6100
sfeigenbaum@llfwlaw.com
gfeit@llfwlaw.com

*Counsel for Defendant Hippo Technologies LLC*

TO:     (by ECF)

GIBSON, DUNN & CRUTCHER LLP
Orin Snyder, Esq.
Alexander H. Southwell, Esq.
200 Park Avenue
New York, New York 10166
(212) 351-4000
osnyder@gibsondunn.com
asouthwell@gibsondunn.com

*Counsel for Plaintiff Blink Health Ltd.*