

Proskauer Rose LLP  Eleven Times Square  New York, NY 10036-8299

**Steven M. Kayman**
Member of the Firm
d 212.969.3430
f 212.969.2900
skayman@proskauer.com
www.proskauer.com

April 10, 2018

By Hand and ECF

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *Blink Health Ltd. v. Hippo Technologies LLC*, No. 18-cv-2258 (PKC)

Dear Judge Castel:

This firm, together with Levi Lubarsky Feigenbaum & Weiss LLP, represents defendant Hippo Technologies LLC ("Hippo") in this case. In accordance with Rule 4.E of the Court's Individual Practices, I enclose a courtesy copy of Hippo's motion, filed on April 6 (ECF Docs. 20-22), to compel arbitration of plaintiff Blink Health Ltd.'s ("Blink") claims and to stay this case pending the completion of a related arbitration that Hippo and its two co-founders, Charles Jacoby and Eugene Kakaulin, commenced against Blink on March 30, 2018 in the American Arbitration Association.

In accordance with Rule 4.F of the Court's Individual Practices, Hippo hereby respectfully requests oral argument of its motion or a conference with the Court, whichever the Court prefers, at the Court's earliest convenience. The commencement of this public litigation has had its intended (and improper) effect of impairing and slowing Hippo's capital-raising efforts, undermining or delaying the consummation of certain of Hippo's important strategic relationships, and interfering with Hippo's ability to compete with Blink in the prescription savings business. The sooner Blink's claims can be sent to arbitration, as we submit they should be, the quicker and more efficiently this dispute can be resolved on the merits in a confidential forum. The briefing on this motion is expected to be completed by April 27, and Hippo accordingly requests that oral argument or a conference be held, if at all possible, during the week of April 30.



Page 2

      We thank the Court for its consideration.

      Respectfully yours,

      Steven M. Kayman

cc:    All Counsel of Record (by ECF)