UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLINK HEALTH LTD., <br><br> Plaintiff, <br><br> -against- <br><br> HIPPO TECHNOLOGIES LLC f/k/a EVERYMED LLC, <br><br> Defendant. | Case No. 1:18-cv-02258 (PKC) <br><br> **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties in this action ("Action") hereby stipulate to the voluntary dismissal with prejudice of all claims brought by Plaintiff Blink Health Ltd. in the above-captioned matter without need of further Court order. The parties further stipulate that each party shall bear its own fees and costs incurred in connection with the Action and the resolution thereof. This stipulation may be executed in two or more counterparts, each of which shall be an original, but all of which when taken together shall constitute one and the same document. A facsimile or PDF copy received will be deemed to constitute an original for all purposes.

STIPULATED AND APPROVED AS TO SUBSTANCE AND FORM.

Dated: New York, New York
October 2, 2018

        GIBSON, DUNN & CRUTCHER LLP

        By: *(signed)* Orin Snyder (HK)
        Orin Snyder
        Alexander H. Southwell
        Laura O'Boyle
        Angelique Kaounis

        200 Park Avenue
        New York, New York 10166
        (212) 351-4000
        osnyder@gibsondunn.com
        *Attorneys for Plaintiff Blink Health, Ltd.*

Dated: New York, New York
October 24, 2018

        PROSKAUER ROSE LLP

        By: *(signed)* Steven M. Kayman by SBF
        Steven M. Kayman
        Tiffany M. Woo

        Eleven Times Square
        New York, New York 10036
        (212) 960-3000
        skayman@proskauer.com
        *Attorneys for Defendant Hippo Technologies LLC*

Dated: New York, New York
October 24, 2018

        KATSKY KORINS, LLP

        By: *(signed)*
        Steven B. Feigenbaum
        Robert Abrams

        Katsky Korins, LLP
        605 Third Avenue
        New York, New York 10158
        (212) 953-6000
        sfeigenbaum@katskykorins.com
        *Attorneys for Defendant Hippo Technologies LLC*